160 A.3d 796

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**George Theodore REYNOLDS, Petitioner**

**No. 702 MAL 2015**

Supreme Court of Pennsylvania.

DECIDED: November 15, 2016

## ORDER

PER CURIAM

**AND NOW,** this 15th day of November, 2016, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** Petitioner's lifetime registration issue. The Superior Court's order in this regard is **VACATED** and this matter is **REMANDED** for imposition of a fifteen-year reporting requirement under the Sexual Offender Registration and Notification Act ("SORNA"), 42 Pa.C.S. §§ 9799.10–9799.41, pursuant to Commonwealth v. Lutz–Morrison, 636 Pa. 395, 143 A.3d 891 (2016). Allocatur is **DENIED** as to all remaining issues.

Justice Donohue did not participate in the consideration or decision of this matter.